FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0131

_____

ALLEN MUNRO and LINDA MUNRO,

　　　　Plaintiffs and Appellees,

　　v.　　　　　　　　　　　　　　　　　　　　O R D E R

JOHN MUNRO.

　　　　Defendant and Appellant.

_____

　　　　Jacquelyn M. Hughes has filed a motion to withdraw as counsel for Appellant John Munro.　Counsel represents that Appellant as advised that her services are no longer needed.　Pursuant to M. R. Pro. Cond. 1.16(b)(1) and good cause appearing,

　　　　IT IS HEREBY ORDERED that Hughes's motion to withdraw from representation of this appeal is GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2023